IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEX GARVIN | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:23-CV-1583 ) ) |
| BODE TECHNOLOGY, LABORATORY CORP OF AMERICA, | ) ) Judge Giles ) |
| Defendants. | ) ) ) ) ) |

## NOTICE OF DISMISSAL

Notice is given that the Plaintiff hereby DISMISSES this action in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 11, 2024                Respectfully Submitted,

                                                        /s/ Scott Houtteman
                                             Scott Houtteman
                                             Virginia State Bar No. 65567
                                             Houtteman Law LLC
                                             12011 Lee Jackson Hwy - Suite 300
                                             Fairfax, Virginia  22033

So ordered 2/16/24

_____/s/_____
Patricia Tolliver Giles
United States District Judge

- 1 -